UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ARCHIE J. TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-02439-TWP-DML |
| L. GRAY, C. MILLER, D. DAVIS, and J. SHAVER Lt., | ) ) ) ) |
| Defendants. | ) |

**Entry Dismissing Action
And Directing Entry of Final Judgment**

Plaintiff, an Indiana prisoner, commenced this action on July 19, 2017, asserting claims for missing personal property against four correctional officers. The complaint was screened on July 24, 2017, pursuant to 28 U.S.C. § 1915A. Finding that the complaint presented no viable federal civil rights or statutory claim, it was dismissed for failure to state a claim upon which relief can be granted. *See* dkt. 7. Plaintiff's state law claim was not allowed to proceed on a supplemental jurisdiction basis because there was no federal claim present. *Id.* Finally, diversity jurisdiction did not exist. *Id.* Plaintiff was allowed an opportunity to show cause, no later than August 28, 2017, why this action should not be dismissed. Plaintiff has not responded to the show cause opportunity.

Accordingly, for the reasons explained in the Entry of July 24, 2017, dkt. 7, this action is **dismissed with prejudice** for failure to state a claim upon which relief can be granted. 28 U.S.C. § 1915A. Final judgment shall now enter.

**IT IS SO ORDERED**.

Date: 9/19/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Archie J. Taylor
120690
Pendleton Correctional Facility
Electronic Service Participant – Court Only